SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>          Defendant. | Case No. C 10-4234 SI<br><br>**STIPULATED MOTION TO EXTEND THE DATE FOR THE ADR SESSION AND [PROPOSED] ORDER** |

Pursuant to stipulation by and between the parties hereto, plaintiff Implicit Networks, Inc. ("Implicit") and defendant Juniper Networks, Inc. ("Juniper"), through their respective attorneys of record, hereby request that the Court extend the date of the ADR Session to the date set forth below.

By stipulation of the parties, and Order of the Court dated December 17, 2010, the deadline to hold the ADR session was set for March 17, 2011. The parties have engaged JAMS (Judge Edward Infante, Ret.) to conduct private mediation and scheduled an ADR Session for May 26, 2011. Thus, the parties propose that the current date for the first ADR Session be extended to May 26, 2011.

The parties represent that this extension will not delay any other dates set forth in the current schedule. Accordingly, the parties stipulate and request that the Court order the following deadlines for the following case events:

| Event | Date |
| --- | --- |
| ADR Session | May 26, 2011 |

Dated:  January 7, 2011                                            Respectfully submitted,


                                                                  /s/ George F. Bishop_____
                                                                  SPENCER HOSIE (CA Bar No. 101777)
                                                                  shosie@hosielaw.com
                                                                  BRUCE WECKER (CA Bar No. 078530)
                                                                  bwecker@hosielaw.com
                                                                  GEORGE F. BISHOP (CA Bar No. 89205)
                                                                  gbishop@hosielaw.com
                                                                  DIANE S. RICE
                                                                  drice@hosielaw.com
                                                                  HOSIE RICE LLP
                                                                  188 The Embarcadero, Suite 750
                                                                  San Francisco, CA 94105

(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*


*/s/ Rebecca L. Clifford*_____
MORGAN CHU (CA Bar No. 70446)
mchu@irell.com
JONATHAN S. KAGAN (CA Bar No. 166039)
jkagan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
(310) 277-1010 Tel.
(310) 203-7199 Fax

DAVID C. MCPHIE (CA Bar No. 231520)
dmcphie@irell.com
REBECCA L. CLIFFORD (CA Bar No. 254105)
rclifford@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
(949) 760-0991 Tel.
(949) 760-5200 Fax

*Attorneys for Defendant*
*JUNIPER NETWORKS, INC.*


**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, Spencer Hosie, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED:  January 7, 2011

*/s/ George F. Bishop*_____
George F. Bishop

1  **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2  The parties to this action will comply with the date set forth in the accompanying

3  Stipulated Motion.

4

5  Dated: January __, 2011                    _____

6                                              Honorable Susan Illston
                                                U.S. DISTRICT COURT JUDGE
7