| | |
|---|---|
| IRELL & MANELLA LLP<br>Morgan Chu (SBN 70446)<br>(mchu@irell.com)<br>Jonathan S. Kagan (SBN 166039)<br>(jkagan@irell.com)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>David C. McPhie (SBN 231520)<br>(dmcphie@irell.com)<br>Rebecca L. Clifford (SBN 254105)<br>(rclifford@irell.com)<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br><br>Attorneys for Defendant<br>JUNIPER NETWORKS, INC. | HOSIE RICE LLP<br>Spencer Hosie (SBN 101777)<br>(shosie@hosielaw.com)<br>George F. Bishop (SBN 89205)<br>gbishop@hosielaw.com<br>Diane S. Rice (SBN 118303)<br>drice@hosielaw.com<br>William P. Nelson (SBN 196091)<br>wnelson@hosielaw.com<br>Transamerica Pyramid, 34th Floor<br>600 Montgomery Street<br>San Francisco, California 94111<br>Telephone: (415) 247-6000<br>Facsimile: (415) 247-6001<br><br>Attorneys for Plaintiff<br>IMPLICIT NETWORKS, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUNIPER NETWORKS, INC.,<br><br>    Defendant. | Case No. 3:10-cv-4234-SI<br><br>**AGREED STIPULATION REGARDING PATENT LOCAL RULE 2-2 INTERIM MODEL PROTECTIVE ORDER**<br><br>Action filed: September 20, 2010 |

WHEREAS Patent Local Rule 2-2 provides that the Northern District Interim Model Protective Order ("Model Protective Order") governs this case and will continue to govern unless the parties agree otherwise;

WHEREAS, paragraph 8 of the Model Protective Order imposes a prosecution bar applicable to "the subject matter of the invention and of highly confidential technical information to be produced";

WHEREAS, for the avoidance of doubt, the parties wish to memorialize their agreement regarding the subject matter of the prosecution bar in this case;

THEREFORE, the parties hereby stipulate that "the subject matter of the invention and of highly confidential technical information to be produced," for purposes of the Model Protective Order in this case (including paragraph 8) is "data demultiplexing, or network routers, switches, and security products, including the operating system and software used to control network routers, switches, or security products."  Moreover, the parties are agreed and hereby stipulate that this definition of the subject matter of the prosecution bar shall apply in this case retroactively and going forward as if inserted in full as appropriate into paragraph 8 of the Model Protective Order, and shall be enforceable as if fully set forth therein.

DATED: September 13, 2011            HOSIE RICE LLP

By:  /s/ George F. Bishop
George F. Bishop

Attorneys for Plaintiff Implicit Networks, Inc.

IRELL & MANELLA LLP

By:  /s/ Nima Hefazi
Nima Hefazi

Attorney for Defendant Juniper Networks, Inc.

//
//

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
2 |
3 | DATED: ___9/15_____,2011
  | _____
  | Hon. Susan Illston
4 | United States District Court Judge

- 2 -

AGREED STIPULATION REGARDING PATENT LOCAL RULE 2-2 INTERIM MODEL PROTECTIVE ORDER

2492064