SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

*Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> Defendant. | Case No.  C 10-4234 SI <br><br> **STIPULATED MOTION FOR LEAVE TO SERVE AMENDED DISCLOSURES UNDER PATENT LOCAL RULES 3-1 TO 3-4 AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-12 and Patent Local Rule 3-6, Plaintiff Implicit Networks, Inc. ("Plaintiff") and Defendant Juniper Networks, Inc. ("Defendant") hereby stipulate through their respective counsel of record as follows:

STIPULATED MOTION FOR LEAVE TO SERVE       1                    Case No. C 10-4234 SI
AMENDED DISCLOSURES AND [PROPOSED]
ORDER

1    WHEREAS, on May 23, 2011, Plaintiff served its disclosures under Patent Local
2    Rules 3-1 and 3-2 ("infringement contentions");
3    WHEREAS, on July 22, 2011, Defendant served its disclosures under Patent
4    Local Rules 3-3 and 3-4 ("invalidity contentions");
5    WHEREAS, the parties have recently learned additional information pertinent to
6    these infringement and invalidity contentions based on ongoing discovery and
7    disclosures exchanged in connection with the claim construction proceedings in this
8    case;
9    WHEREAS, Plaintiff seeks also to streamline its contentions in this case by
10   narrowing contentions as to alleged infringement by certain products or services; and
11   WHEREAS, Plaintiff has already, on November 15, 2011, served its amended
12   infringement contentions on Defendant; and
13   WHEREAS, in light of Plaintiff's amended infringement contentions, Defendant
14   seeks to amend its invalidity contentions no later than January 31, 2012.
15   NOW THEREFORE the parties through their undersigned counsel, pursuant to
16   Patent Local Rule 3-6, hereby stipulate and request the Court to grant leave:
17   1.  For Plaintiff to provide amended infringement contentions pursuant to Patent
18   Local Rules 3-1 and 3-2, as served on Juniper on November 15, 2011; and
19   2.  For Defendant to provide amended invalidity contentions pursuant to Patent
20   Local Rules 3-3 and 3-4, to be served on Plaintiff no later than January 31, 2012.
21   **IT IS SO STIPULATED.**

Dated:  December  8, 2011                    HOSIE RICE LLP


                                             By: */s/ George F. Bishop*_____
                                                   George F. Bishop
                                             *Attorneys for Plaintiff Implicit Networks, Inc.*

Dated:  December  8, 2011                    IRELL & MANELLA LLP

                                             By: */s/ Daniel P. Hipskind*_____
                                                   Daniel P. Hipskind

                                             *Attorneys for Defendant Juniper Networks, Inc.*


    I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:  December 8, 2011

                                                  */s/George F. Bishop*
                                             _____
                                                    George F. Bishop

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that leave is granted (1) for Plaintiff to provide amended infringement contentions pursuant to Patent Local Rules 3-1 and 3-2, as served on Juniper on November 15, 2011; and (2) for Defendant to provide amended invalidity contentions pursuant to Patent Local Rules 3-3 and 3-4, to be served on Plaintiff no later than January 31, 2012.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: December 12, 2011



_____
Honorable Susan Illston
United States District Judge

STIPULATED MOTION FOR LEAVE TO SERVE AMENDED DISCLOSURES AND [PROPOSED] ORDER

4

Case No. C 10-4234 SI