IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLICIT NETWORKS, INC., | No. C 10-04234 SI |
| Plaintiff, | **ORDER DENYING RENEWED MOTION TO STAY** |
| v. | |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

Currently before the Court is defendant Juniper Networks, Inc.'s renewed motion to stay this case pending resolution the *inter partes* reexamination of the patents at issue in this case. Juniper's motion is currently scheduled for hearing on June 22, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and hereby VACATES the hearing. Having considered the papers, the arguments of counsel on the original and renewed motion, and the current posture of the case – particularly the impending close of discovery – the Court DENIES the motion to stay. Docket No. 80.

**IT IS SO ORDERED.**

Dated: June 19, 2012

SUSAN ILLSTON
United States District Judge