1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IMPLICIT NETWORKS, INC.,

        Plaintiff,

  v.

JUNIPER NETWORKS, INC.,

        Defendant.

_____/

No. C 10-04234 SI

**ORDER RE JUNIPER'S MOTION TO COMPEL INTERROGATORY RESPONSES AND MOTION FOR LEAVE TO FILE A SECOND SUMMARY JUDGMENT MOTION**

Currently before the Court is defendant Juniper Networks, Inc.'s motion to compel further responses to Interrogatories Nos. 11, 14, 15 & 17 [Docket No. 100]  and Juniper's unopposed motion for leave to file a second summary judgment [Docket No. 80].  With respect to Juniper's unopposed motion for leave to file a second summary judgment, that motion is GRANTED.

With respect to Juniper's motion to compel further interrogatory responses, the Court rules as follows:

**Interrogatory No. 11.**: The Court DENIES the motion to compel Implicit to create a "claim chart" showing how its commercial products map on the claims of the patents in suit, due to undue burden and relevance.

**Interrogatory No. 14.**: The Court DENIES the motion to compel, based on Implicit's answer that: "Juniper began infringing no later than the 'date of the '163 reexam certificate,' which is May 4, 2010." *See* Docket No. 101.  However, given Implicit's use of the "no later than" clause, Implicit will not be able to seek damages for any conduct prior to that date.

**Interrogatory No. 15.**: The motion to compel is GRANTED to the extent that Implicit must provide an answer as to whether it will dispute the publication date of the five (5) references identified

in Juniper's motion to compel and Implicit must provide the factual and legal support for each contention.  Docket No. 100 at 2.

**Interrogatory No. 17.**: The motion to compel is GRANTED with respect to *internal* documents. Implicit shall specifically identify the internal documents already produced, and any to be produced, in a response pursuant to Rule 33(d).

Consistent with this Order, further interrogatory responses shall be provided within **ten (10) days of the date of this Order**.

**IT IS SO ORDERED.**

Dated: July 16, 2012

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California

2