SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> Defendant. | Case No. C 10-4234 SI <br><br> [~~PROPOSED~~] ORDER FOR LEAVE TO FILE UNDER SEAL |

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, it is hereby ORDERED that leave is granted for Plaintiff to file Plaintiff's Motion to Compel Interrogatory Responses on Accused Product Revenue and accompanying Exhibits A and B under seal.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July _20_, 2012

_____
Honorable Susan Illston
United States District Judge