1

2

3                    UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION

4

5   IMPLICIT NETWORKS, INC.,
                                            CASE NO.  C 10-4234 SI
6                      PLAINTIFF,

7   v.

8   JUNIPER NETWORKS, INC.,

9                      DEFENDANT.

10

11

12              DECLARATION OF NIMA HEFAZI IN SUPPORT OF
          JUNIPER NETWORKS, INC.'S MOTION FOR SUMMARY JUDGMENT
13       OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT,
                      ON THE ISSUE OF INVALIDITY

14          I, Nima Hefazi, hereby declare as follows:

15          1.      I am an attorney at the law firm of Irell & Manella LLP and am counsel for

16   Defendant Juniper Networks, Inc. ("Juniper") in the above-captioned matter.  I am a member in

17   good standing of the State Bar of California and have been admitted to practice before the Court.  I

18   have personal knowledge of the matters set forth in this Declaration and, if called as a witness,

19   could testify competently to such facts under oath.

20          2.      Attached hereto as Exhibit 1 is a copy of the Court's Claim Construction Order

21   dated February 29, 2012.

22          3.      Attached hereto as Exhibit 2 is a copy of Implicit's Disclosure of Asserted Claims

23   and Infringement Contentions dated May 23, 2011.

24          4.      Attached hereto as Exhibit 3 is a copy of the first forty-eight pages of Exhibit C to

25   Implicit's Disclosure of Asserted Claims and Infringement Contentions dated May 23, 2011.  The

26   pages are a claim chart of the '163 patent, claim 1 prepare by Implicit pursuant to Patent Local

27   Rule 3-1 (c).

28

5.      Attached hereto as Exhibit 4 is a copy of a report entitled "JUNOS Analysis" that was prepared by Implicit's software consultant, Pavel Treskunov ("the Treskunov Report").  The report bears Bates numbers IMP141451 – IMP141480 and purports to describe the functionality of the Multi-Services Products.

6.      Attached hereto as Exhibit 5 is a copy of excerpts from Scott Nettles, Ph.D. deposition transcript dated October 9, 2012.

7.      Attached hereto as Exhibit 6 is a copy of excerpts from Todd Regonini deposition transcript dated August 14, 2012.

8.      Attached hereto as Exhibit 7 is a copy of excerpts from Scott Nettles, Ph.D. deposition transcript dated October 19, 2012.

9.      Attached hereto as Exhibit 8 is a copy of Appendix A to Scott Nettles, Ph.D. Expert Report dated August 15, 2012.

10.      Attached hereto as Exhibit 9 is a copy of excerpts from Krishna Narayanaswamy deposition transcript dated September 20, 2011.

11.      Attached hereto as Exhibit 10 is a copy of excerpts from the Peter Alexander deposition transcript dated October 16, 2012.

12.      Attached hereto as Exhibit 11 is a copy of the letter from Hefazi to Hosie dated February 15, 2012.

13.      Attached hereto as Exhibit 12 is a copy of the letter from Hefazi to Hosie dated March 2, 2012.

14.      Attached hereto as Exhibit 13 is a copy of JUNOS OS: The Power of One Operating System.

15.      Attached hereto as Exhibit 14 is a copy of excerpts from Oliver Tavakoli deposition transcript dated June 19, 2012.

16.      Attached hereto as Exhibit 15 is a copy of excerpts from Stefan Dyckerhoff deposition transcript dated July 27, 2012.

17.      Attached hereto as Exhibit 16 is a copy of excerpts from the IDP Series Guide date May 5, 2011.  The guide describes the functionality of the non-accused IDP family of products.

1    18.    Attached hereto as Exhibit 17 is a copy of the *Ex Parte* Reexamination Certificate

2    for U.S. Patent No. 6,629,163, issued on June 22, 2010.

3    19.    Attached hereto as Exhibit 18 is a copy of U.S. Patent No. 7,711,857, issued on

4    May 4, 2010.

5    20.    Attached hereto as Exhibit 19 is a copy of excerpts from Edward Balassanian

6    deposition transcript dated August 16, 2012.

7    21.    Attached hereto as Exhibit 20 is a copy of excerpts from Implicit's Response in the

8    '857 Reexam dated July 10, 2012.

9    22.    Attached hereto as Exhibit 21 is a copy of excerpts from Implicit's Response in the

10   '163 Reexam dated June 4, 2012.

11   23.    Attached hereto as Exhibit 22 is a copy of excerpts from Implicit's Sixth

12   Supplemental Response to Juniper's Second Set of Interrogatories dated July 27, 2012.

13   24.    Attached hereto as Exhibit 23 is a copy of Exhibit 3 to the Scott Nettles, Ph.D.

14   Expert Report dated August 15, 2012.

15   25.    Attached hereto as Exhibit 24 is a copy of excerpts from the Claim Construction

16   Hearing Transcript in this matter held on January 19, 2012.

17   26.    Attached hereto as Exhibit 25 is a copy of a document from Implicit's production

18   entitled "Response (6-22-2012) bearing Bates numbers IMP141520 – IMP141521.  The document

19   contains Pavel Treskunov's responses to questions posed by Implicit's counsel regarding certain

20   of Juniper's non-infringement arguments.

21   27.    Attached hereto as Exhibit 26 is a copy of a document from Implicit's production

22   bearing Bates numbers IMP141522 – IMP141524.  The document is a claim chart for the '163

23   patent (with commentary) authored by Pavel Treskunov.

24   28.    Attached hereto as Exhibit 27 is a copy of the Scott Nettles, Ph.D. Expert Report

25   dated August 15, 2012.

26   29.    Attached hereto as Exhibit 28 is a copy of excerpts of Implicit's Amended

27   Infringement Contentions dated June 7, 2012.

28

2720071                              DECLARATION OF NIMA HEFAZI                    Case No. C 10-4234 SI

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true.

3    Executed this 9th day of November, 2012 at Newport Beach, California.

4

5                                             */s/ Nima Hefazi*

6                                      _____

                                              Nima Hefazi

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2720071                          DECLARATION OF NIMA HEFAZI                    Case No. C 10-4234 SI