IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLICIT NETWORKS, INC., | No. C 10-04234 SI |
| Plaintiff, | **ORDER ON IMPLICIT'S APPLICATION TO FILE UNDER SEAL** |
| v. | |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

Currently before the Court is Implicit's application to be allowed to file under seal Exhibits B, F and J to the Declaration of Spencer Hosie in Support of Implicit's *Daubert* Motion. Docket No. 158. Following an order of this Court, Juniper submitted the declaration of Scott J. Coonan to justify sealing the specific material at issue. Docket No. 168-1.

Having reviewed the Coonan Declaration, the Court rules as follows:

Pages 25-28 of Exhibit B to the Hosie Declaration may be filed under seal to the extent the material at issue discusses or refers to Juniper's source code;

Pages 15, 17-19, and 20-21 of Exhibit F to the Hosie Declaration may be filed under seal to the extent the material at issue discusses or refers to Juniper's source code; and

Portions of Exhibit J to the Hosie Declaration may be filed under seal but only to the extent the material at issue discusses or refers to Juniper's source code.

Implicit shall e-file in the docket a public version of the Hosie Declaration and Exhibits with sealed materials redacted. Implicit shall also file a revised chamber's copy of the Hosie Declaration clearly identifying the sealed material.

**IT IS SO ORDERED.**

Dated: November 13, 2012

SUSAN ILLSTON
United States District Judge