IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLICIT NETWORKS, INC., | No. C 10-04234 SI |
| Plaintiff, | **ORDER RE PARTIES' APPLICATIONS TO FILE UNDER SEAL HIGHLY CONFIDENTIAL INFORMATION OF JUNIPER'S** |
| v. | |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

Currently before the Court are the following applications to file under seal: (1) Stipulation for Leave to File Under Seal portions of Juniper's Motion for Summary Judgment of Non-Infringement and Exhibits thereto [Docket No. 165]; (2) Stipulation for Leave to File Under Seal portions of Implicit Networks' Motion for Summary Judgment of Non-Infringement and Exhibits thereto [Docket No. 179]; and (3) Administrative Motion for Leave to File Under Seal portions of the Exhibits attached to the Dixon Declaration [Docket No. 180].

The Court has reviewed the declaration of Scott J. Coonan, submitted in support of the sealing. Docket No. 187-1. Mr. Coonan declares that the information sought to be sealed is necessary to protect Juniper's highly confidential source code and the confidential product configurations used by Juniper's clients.

The Court GRANTS the applications to file under seal [Docket Nos. 165, 179 & 180], for the specific documents and portions of documents identified in Mr. Coonan's November 19, 2012 declaration *to the extent* the material at issue discusses or identifies Juniper's source code or confidential customer product configurations.

Juniper shall ensure that the public versions of the following documents e-filed in the docket

redact *only* the information allowed by this Order:  Juniper's Motion for Summary Judgement of Non-Infringement [Docket No. 166], the Hefazi Declaration [Docket No. 166-1], the Alexander Declaration [Docket No. 166-6], and the Dixon Declaration [Docket No. 176-1].

Implicit shall ensure that the public versions of the following documents e-filed in the docket redact *only* the information allowed by this Order: Implicit's Opposition to Juniper's Motion for Summary Judgment of Non-Infringement [Docket No. 181; and Hosie Declaration [Docket No. 182].

**IT IS SO ORDERED.**

Dated: November 26, 2012

SUSAN ILLSTON
United States District Judge