UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>PLAINTIFF,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>DEFENDANT. | CASE NO. C 10-4234 SI |

**DECLARATION OF NIMA HEFAZI IN FURTHER SUPPORT OF JUNIPER NETWORKS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

I, Nima Hefazi, hereby declare as follows:

1.  I am an attorney at the law firm of Irell & Manella LLP and am counsel for Defendant Juniper Networks, Inc. ("Juniper") in the above-captioned matter. I am a member in good standing of the State Bar of California and have been admitted to practice before the Court. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could testify competently to such facts under oath.

2.  Attached hereto as Exhibit A is a copy of excerpts from the Scott Nettles, Ph.D. deposition transcript dated October 19, 2012.

3.  Attached hereto as Exhibit B is a copy of excerpts from Implicit's 30(b)(6) deposition transcripts, dated June 7, 2012 and August 16, 2012.

4.  Attached hereto as Exhibit C is a copy of excerpts from the Oliver Tavakoli deposition transcript, dated June 19, 2012.

5.  Attached hereto as Exhibit D is a copy of an excerpt from the Claim Construction hearing transcript, dated January 19, 2012.

1      6.     Attached hereto as Exhibit E is a copy of the Court's Order Re Juniper's Motion To Compel Interrogatory Responses And Motion For Leave To File A Second Summary Judgment Motion, dated July 16, 2012. (Dkt. No. 113)

4      7.     Attached hereto as Exhibit F is a copy of excerpts from Implicit's Sixth Supplemental Interrogatories Response to Juniper's Second Interrogatories, executed on July 27, 2012.

7      8.     Attached hereto as Exhibit G is a copy of an excerpt from the Scott Nettles, Ph.D. deposition transcript, dated November 6, 2012, taken in the litigation styled *Implicit Networks, Inc. v. F5 Networks, Inc.*, 10-cv-3365-SI.

10     9.     Attached hereto as Exhibit H is Exhibit 2 from the Expert Report of Scott Nettles, Ph.D., dated August 15, 2012.

12     10.    Attached hereto as Exhibit I is copy of excerpts from the Scott Nettles, Ph.D., deposition transcript dated October 9, 2012.

14     11.    Attached hereto as Exhibit J is a copy of an excerpt from the Peter Alexander, Ph.D. deposition transcript dated October 16, 2012.

       I declare under penalty of perjury under the laws of the United States that the foregoing is true.

       Executed this 3rd day of December, 2012 at Newport Beach, California.

                                                    */s/ Nima Hefazi*
                                                    Nima Hefazi