# EXHIBIT J

```
                                                                Page 1

         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA


 IMPLICIT NETWORKS, INC.,          )
                                   )
            Plaintiff,             )
                                   )
 vs.                               )  No. C 10-4234 SI
                                   )
 JUNIPER NETWORKS, INC.,           )
                                   )
            Defendant.             )
 _____ )



         DEPOSITION OF:  PETER ALEXANDER, Ph.D.
         TAKEN ON:       October 16, 2012









         13235                    BEVERLY L. NEWMAN
                                  CSR No. 2872
```

Implicit Networks, Inc. v. Juniper Networks, Inc.                Peter Alexander, Ph.D. - CONFIDENTIAL

Page 131

| | | |
|---|---|---|
| 1 | Viking software running on the Australia Series program. | 01:26:37 |
| 2 | So the Australia program is a set of different | 01:26:43 |
| 3 | hardware components, apparently, or hardware elements, | 01:26:49 |
| 4 | modular, and can be configured in various ways to | 01:26:55 |
| 5 | perform different product sets. | 01:27:01 |
| 6 | So in answer to your question, the Viking | 01:27:02 |
| 7 | software is apparently existing software that is already | 01:27:05 |
| 8 | available with this series of hardware elements, and the | 01:27:12 |
| 9 | intent of this document is to specify how intrusion | 01:27:18 |
| 10 | detection and prevention components will be added to | 01:27:22 |
| 11 | the -- to that particular hardware software combination. | 01:27:27 |
| 12 | BY MR. HOSIE: | 01:27:31 |
| 13 | Q   Are you aware that Viking was a code name for a | 01:27:33 |
| 14 | project in development at Juniper? | 01:27:36 |
| 15 | MR. McPHIE:  Objection.  Assumes facts. | 01:27:42 |
| 16 | THE WITNESS:  I was not particularly aware.  I | 01:27:45 |
| 17 | was assuming that Viking was a code name because it | 01:27:48 |
| 18 | doesn't sound like a product name.  And I don't think | 01:27:51 |
| 19 | I've seen it elsewhere.  So I'll accept your word that | 01:27:53 |
| 20 | it was a code name for a product under development. | 01:27:57 |
| 21 | BY MR. HOSIE: | 01:28:00 |
| 22 | Q   And what product was that?  If you know. | 01:28:00 |
| 23 | A   No, I don't know, except it has all the | 01:28:05 |
| 24 | appearance of being the IDP product.  So I'm not sure. | 01:28:09 |
| 25 | Q   You were not aware that Viking was the code | 01:28:15 |

Page 132

| | | |
|---|---|---|
| 1 | name for the IDP -- I'm sorry.  Viking was the code name | 01:28:19 |
| 2 | for what became the SRX line? | 01:28:23 |
| 3 | A    That's correct.  I was not aware of it. | 01:28:26 |
| 4 | Q    All right, sir.  What's a design specification? | 01:28:28 |
| 5 | MR. McPHIE:  Objection.  Vague and ambiguous. | 01:28:32 |
| 6 | THE WITNESS:  Well, in the normal procedure for | 01:28:36 |
| 7 | software and hardware development, computer system | 01:28:40 |
| 8 | development, there's usually a requirements document | 01:28:44 |
| 9 | first, which is authored by the marketing department for | 01:28:48 |
| 10 | the product management. | 01:28:53 |
| 11 | That is later turned into or expanded out into | 01:28:57 |
| 12 | a functional specification, and then typically the | 01:29:02 |
| 13 | engineering department writes a design document, which | 01:29:06 |
| 14 | is the design specification for the implementation of | 01:29:10 |
| 15 | the product according to the functional spec. | 01:29:14 |
| 16 | BY MR. HOSIE: | 01:29:17 |
| 17 | Q    Would you consider Juniper's design | 01:29:18 |
| 18 | specification for the SRX products as authoritative | 01:29:20 |
| 19 | evidence on how those products work? | 01:29:26 |
| 20 | MR. McPHIE:  Objection.  Vague and ambiguous. | 01:29:28 |
| 21 | ==THE WITNESS:  In my experience, the design== | 01:29:32 |
| 22 | ==specification is done before the development begins== | 01:29:34 |
| 23 | ==based on the functional specification, but as the== | 01:29:39 |
| 24 | ==development progresses, changes are forced on the== | 01:29:44 |
| 25 | ==design.== | 01:29:49 |

Page 133

| | | |
|---|---|---|
| 1 | So the answer would be it depends which version | 01:30:01 |
| 2 | of the design specification we are dealing with and what | 01:30:01 |
| 3 | point in time relative to release of the product it | 01:30:01 |
| 4 | pertained to. | 01:30:06 |
| 5 | And further than that, sometimes engineers | 01:30:08 |
| 6 | don't bother to upgrade or update the design | 01:30:11 |
| 7 | specifications.  So it may be the initial design | 01:30:14 |
| 8 | specification, in which case I wouldn't treat it as | 01:30:18 |
| 9 | absolutely authoritative. | 01:30:21 |
| 10 | BY MR. HOSIE: | 01:30:22 |
| 11 | Q    Do you know what Krishna said about whether | 01:30:23 |
| 12 | this was reliable evidence of how the SRX functioned? | 01:30:26 |
| 13 | A    I don't recall. | 01:30:31 |
| 14 | Q    All right, sir.  Please turn to the page that | 01:30:31 |
| 15 | ends 4322. | 01:30:33 |
| 16 | A    Yes. | 01:30:49 |
| 17 | Q    So the Juniper SRX 3000 and 5000 boxes have IDP | 01:30:50 |
| 18 | built in.  Is that true or false? | 01:30:58 |
| 19 | MR. McPHIE:  Objection.  Compound. | 01:31:02 |
| 20 | MR. HOSIE:  Let me rephrase. | 01:31:03 |
| 21 | Q    Does the SRX 5800 come with IDP functionality | 01:31:04 |
| 22 | built in? | 01:31:10 |
| 23 | MR. McPHIE:  Objection.  Vague and ambiguous. | 01:31:11 |
| 24 | THE WITNESS:  I don't know whether it -- I'd | 01:31:18 |
| 25 | use the term built-in.  It may be capable of that, but I | 01:31:20 |

1         REPORTER'S CERTIFICATE
2
3         I, BEVERLY L. NEWMAN, CSR No. 2872, certify:
4         That the foregoing deposition of
5  PETER ALEXANDER, Ph.D. was taken before me at the time
6  and place therein set forth, at which time the witness
7  was put under oath by me;
8         That the testimony of the witness and all
9  objections made at the time of the deposition were
10 recorded stenographically by me and were thereafter
11 reduced to a computerized transcript under my direction;
12        That the foregoing transcript is a true record
13 of the testimony of the witness and of all objections
14 and colloquy made at the time of the deposition.
15        I further certify that I am neither counsel for
16 nor related to any party to said action nor in anywise
17 interested in the outcome thereof.
18        IN WITNESS WHEREOF, I have subscribed my name
19 this 19th day of October, 2012.
20
21
                    _____
22                     BEVERLY L. NEWMAN, CSR No. 2872
23
24
25