# EXHIBIT 6

```
                                                                1
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   IMPLICIT NETWORKS, INC.,        No. C10-4234 SI
 6
                 Plaintiff,
 7
           vs.
 8
     JUNIPER NETWORKS, INC.,
 9
                                     /
10            Defendant.
11
12
13
14
15    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16          DEPOSITION OF:  TODD REGONINI
17           TAKEN ON:   AUGUST 14, 2012
18
19
20
21
22
23   REPORTED BY:  JODY GIBNEY, CSR NO. 12308, RPR
24
25
```

```
                                                              102
 1    country, do you know?                              13:36:15
 2          A.   Yes, I believe all of them are.         13:36:18
 3          Q.   Okay.  And so AT&T, what products       13:36:22
 4    has AT&T purchased from Juniper in the last two    13:36:26
 5    years, say, 2010 and 2011?                         13:36:29
 6          A.   I probably can't give an exhaustive     13:36:35
 7    list, but the largest application, you know, what 13:36:40
 8    you could call "marquee applications," would be   13:36:43
 9    T-series platforms, MX platforms, SRX,             13:36:52
10    potentially some M-series platforms, but that I'm 13:36:56
11    not sure.                                          13:36:56
12          Q.   How about J-series routers?             13:36:59
13          A.   I do not know.                          13:37:00
14          Q.   One way or the other?                   13:37:01
15          A.   One way or the other.                   13:37:03
16                      Redacted                         13:37:04
17                                                       13:37:07
18     Redacted the T-series, et cetera, in a flow-based 13:37:10
19    mode.             Redacted                         13:37:12
20          MR. KAGAN:  Objection; misstates --          13:37:14
21    compound.                                          13:37:14
22          MR. HOSIE:  Q.  Do I misstate your           13:37:16
23    testimony, sir?                                    13:37:16
24                      Redacted                         13:37:19
25
```

```
                                                               103
 1              Q.  Ahh, thank you.  Okay.  I'm glad I      13:37:22
 2   asked the question then.  My mistake, and I            13:37:24
 3   apologize.  It wasn't some clumsy attempt to trap      13:37:28
 4   you.                                                   13:37:28
 5              A.  Sure.                                   13:37:28
 6              Q.           Redacted                       13:37:31
 7         Redacted              you confirmed that         13:37:35
 8   with your call to Jack    Redacted                     13:37:38
 9         MR. KAGAN:  I withdraw my objection.             13:37:40
10         MR. HOSIE:  Thank you.                           13:37:40
11         THE WITNESS:  Yes.                               13:37:41
12         MR. KAGAN:  Why don't we re-ask.  You            13:37:43
13   want to re-ask it?                                     13:37:43
14         MR. HOSIE:  Yeah, I will.  I apologize.          13:37:46
15              Q.  So you called Jack    Redacted          13:37:52
16                       Redacted                           13:37:54
17         Redacted             and you said, To your       13:37:58
18   knowledge, Jack,         Redacted                      13:38:01
19         Redacted      , in flow-base, and he             13:38:04
20   confirmed that they were not.  Fair summary?           13:38:07
21         MR. KAGAN:  I think it misstates the             13:38:09
22   testimony.                                             13:38:09
23         THE WITNESS:  So I called Jack and asked         13:38:12
24   him specifically about the marquee applications        13:38:15
25                       Redacted
```

                                                                                       104

| | | |
|---|---|---|
| 1 | MR. HOSIE:  Q.  Yes. | 13:38:17 |
| 2 | A.  And specifically whether they | 13:38:19 |
| 3 | included that MSPTC hardware, M-S-P-T-C hardware | 13:38:27 |
| 4 | and/or used security-based services or not, and | 13:38:30 |
| 5 | he confirmed that they do not. | 13:38:31 |
| 6 | Q.  All right, sir.  For Verizon, does | 13:38:33 |
| 7 | Verizon -- has Verizon bought any of those same | 13:38:36 |
| 8 | routers? | 13:38:37 |
| 9 | A.  They have. | 13:38:37 |
| 10 | Q.  And do they use them for flow-based | 13:38:40 |
| 11 | security? | 13:38:40 |
| 12 | A.  There is -- there are a small number | 13:38:48 |
| 13 | that I'm aware of that do. | 13:38:49 |
| 14 | Q.  And by "small number," what do you | 13:38:51 |
| 15 | mean? | 13:38:51 |
| 16 | A.  I mean in numbers around 50 systems | 13:39:02 |
| 17 | versus the primary platform in that network being | 13:39:09 |
| 18 | on the order of a couple thousand.  So in the | 13:39:11 |
| 19 | network application that I'm -- that I'm thinking | 13:39:14 |
| 20 | of, this handful of boxes, as I would call it, | 13:39:18 |
| 21 | the 50 versus a much larger number, would be the | 13:39:21 |
| 22 | ones that leveraged the -- it's actually for | 13:39:23 |
| 23 | network address translation. | 13:39:25 |
| 24 | Q.  Ahh, so that has to be session-based | 13:39:27 |
| 25 | for NAT? | |

Implicit Networks, Inc. v. Juniper Networks, Inc.                                    Todd Regonini

```
                                                                         105
 1          A.  In our implementation it is, yes.        13:39:30
              Redacted
 2                                                       13:39:34
              Redacted
 3                             in a flow-based way for   13:39:37
 4   network address translation?                        13:39:39
 5          A.  In that application, yes.                13:39:40
 6          Q.            Redacted                       13:39:42
 7   Redacted                                            13:39:44
 8          A.  I can't say.                             13:39:44
 9          Q.  Is it tens of millions, hundreds of      13:39:48
10   millions?                                           13:39:49
11          A.  I can't say, honestly.                   13:39:50
12          Q.  Are they located in this country?        13:39:53
13          A.  I believe all of them are.               13:39:55
14          Q.  Okay.  And of the -- you said there      13:40:03
15   were approximately 2,000 boxes in the application   13:40:05
16   of which only 50 are yours.  Who --                 13:40:09
17          MR. KAGAN:  Misstates testimony.             13:40:10
18          MR. HOSIE:  Q.  Is that not true?            13:40:12
19          A.  No, I didn't say 50 were ours,           13:40:16
20   actually.  The specific application I was           13:40:18
21   thinking of was the        Redacted                 13:40:22
22                     Redacted                          13:40:22
23          Q.  Okay.                                    13:40:23
24          A.  -- which is also all Juniper             13:40:24
25   equipped.
```

127

1         I, Jody Gibney, R.P.R., C.S.R. No. 12308, a

2    Certified Shorthand Reporter in and for the County of

3    Marin, State of California, do hereby certify:

4    That the witness named in the foregoing deposition,

5    Todd Regonini, was duly sworn by me.

6         That said deposition was taken before me at

7    the time and place set forth and was taken down by me

8    in shorthand and thereafter reduced to computerized

9    transcription under my direction and supervision, and

10   I hereby certify the foregoing deposition is a full,

11   true and correct transcript of my shorthand notes so

12   taken.

13        I further certify that I am neither counsel

14   for nor related to any party to said action nor in

15   any way interested in the outcome thereof.

16        IN WITNESS WHEREOF, I have hereunto

17   subscribed my name this ___ day of _____,

18   2012.

19

20   _____

     Jody Gibney

21   Certified Shorthand Reporter No. 12308, RPR

22

23

24

25