IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IMPLICIT NETWORKS, INC, | No. C 10-4234 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JUNIPER NETWORKS, INC. | |
| Defendant. / | |

Summary judgment having been granted in favor of defendant, judgment is hereby entered in favor of defendant Juniper Networks, Inc. and against plaintiff Implicit Networks, Inc.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 14, 2013

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California