IRELL & MANELLA LLP
Morgan Chu (CA Bar No. 70446)
(mchu@irell.com)
Jonathan S. Kagan (CA Bar No. 166039)
(jkagan@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

David C. McPhie (CA Bar No. 231520)
(dmcphie@irell.com)
Douglas J. Dixon (CA Bar No. 275389)
(ddixon@irell.com)
Nima Hefazi (CA Bar No. 272816)
(nhefazi@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant
JUNIPER NETWORKS, INC.

*Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant. | Case No. C 10-4234 SI<br><br>**STIPULATION REGARDING AMENDED JUDGMENT AND [PROPOSED] AMENDED JUDGMENT** |

1  Pursuant to Civil Local Rule 7-12 and Rules 59 and/or 60 of the Federal Rules of
2  Civil Procedure, Plaintiff Implicit Networks, Inc. ("Implicit") and Defendant Juniper
3  Networks, Inc. ("Juniper") hereby stipulate through their respective counsel of record as
4  follows:

5  WHEREAS, on March 13, 2013, the Court issued an order granting Juniper's
6  motions for summary judgment of non-infringement and invalidity (Dkt. No. 205);

7  WHEREAS, on March 14, 2013, the Court entered judgment in this matter in favor
8  of Juniper and against Implicit (Dkt. No. 206) ("Judgment");

9  WHEREAS, the Judgment does not expressly address Juniper's counterclaim for a
10 declaratory judgment of unenforceability for the patents-in-suit (*see* Dkt. No. 25);

11 WHEREAS, under Federal Circuit precedent, a "pending unenforceability
12 counterclaim renders the district court's judgment nonfinal for purposes of appeal" (*Enzo
13 Biochem, Inc. v. Gen-Probe Inc.*, 414 F.3d 1376, 1379 (Fed. Cir. 2005));

14 WHEREAS, the parties agree that, for the avoidance of doubt, an amended judgment
15 should be issued to avoid any unnecessary delay in the appeal proceedings and to ensure
16 compliance with the final judgment rule;

17 WHEREAS, the parties agree that Juniper's unenforceability counterclaim should be
18 dismissed without prejudice as moot in light of the Court's summary judgment order;

19 NOW THEREFORE, the parties through their undersigned counsel stipulate and
20 agree that the Court should enter the Amended Judgment submitted herewith.

21 **IT IS SO STIPULATED.**

22
23 Date: May 28, 2013                    Respectfully and jointly submitted,

24
25                                      */s/ Nima Hefazi*
                                        Nima Hefazi (CA Bar No. 272816)
26                                      nhefazi@irell.com
                                        Irell & Manella LLP
27                                      840 Newport Center Drive, Suite 400
                                        Newport Beach, CA 92660-6324
28
STIPULATION REGARDING AMENDED JUDGMENT      1                        Case No. C 10-4234 SI

1  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic
2  filing of this document has been obtained from the other signatories.

4  DATED: 5/28/2013                      /s/ *Nima Hefazi*
5                                         Nima Hefazi

## [~~PROPOSED~~] AMENDED JUDGMENT

The Court hereby enters this amended judgment in favor of defendant Juniper Networks, Inc. ("Juniper") and against plaintiff Implicit Networks, Inc. ("Implicit") as follows:

1. Claims 1, 15, and 35 of U.S. Pat. No. 6,629,163 and claims 1, 4, and 10 of U.S. Pat. No. 7,711,857 are found to be invalid and not infringed by Juniper for the reasons set forth in the Court's summary judgment order dated March 13, 2013 (Dkt. No. 205).
2. Juniper's counterclaim for a declaratory judgment of unenforceability is dismissed without prejudice as moot in light of the Court's summary judgment order.
3. Juniper's request for an exceptional case finding and award of attorneys' fees under Section 285 is denied for the reasons set forth in Dkt. No. 237.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: ~~May ___, 2013~~
JUNE 6, 2013

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE
for Honorable Susan Illston
United States District Judge

[PROPOSED] AMENDED JUDGMENT                                      Case No. C 10-4234 SI

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.


*/s/ Spencer Hosie*
Spencer Hosie (CA Bar No. 101777)
shosie@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
IMPLICIT NETWORKS, INC.